IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AB PR QOZB IV PROPERTY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:24-cv-00280 |
| | ) | |
| v. | ) | Judge Richardson |
| | ) | Magistrate Judge Newbern |
| METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE AND DAVIDSON | ) | |
| COUNTY, TENNESSEE, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR PROTECTIVE ORDER

Plaintiff AB PR QOZB IV PROPERTY, LLC and Defendant METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE submit this joint motion for entry of a Protective Order, attached as Exhibit A.

Dated: January 9, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Kate Skagerberg* | */s/ J. Brooks Fox* |
| Kate Skagerberg, BPR No. 040096 | J. Brooks Fox (#16096) |
| Mackenzie Keffalos, BPR No. 38355 | Benjamin A. Puckett (#40042) |
| NELSON MULLINS RILEY & SCARBOROUGH, LLP | 108 Metropolitan Courthouse |
| 1222 Demonbreun Street, Ste 1700 | P.O. Box 196300 |
| Nashville, TN 37203 | Nashville, Tennessee 37219 |
| (615) 664-5333 | (615) 862-6375 |
| Kate.Skagerberg@nelsonmullins.com | brook.fox@nashville.gov |
| Mackenzie.Keffalos@nelsonmullins.com | benjamin.puckett@nashville.gov |
| | |
| *Attorneys for Plaintiff,* | *Counsel for Defendant, Metropolitan* |
| *AB PR QOZB IV PROPERTY, LLC* | *Government of Nashville and Davidson County, Tennessee* |

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document will be served electronically on counsel for Defendant as follows:

    J. Brooks Fox
    Metropolitan Legal Department
    P. O. Box 196300
    Nashville, TN 37219
    (615) 862-6375
    Brook.Fox@nashville.gov

Dated: January 9, 2025                    */s/ Kate Skagerberg*
                                            Kate Skagerberg