# Mackenzie Keffalos

| | |
|---|---|
| **From:** | Fox, Brook (Legal) <Brook.Fox@nashville.gov> |
| **Sent:** | Thursday, June 4, 2026 3:11 PM |
| **To:** | Kate Skagerberg; Mackenzie Keffalos |
| **Cc:** | Puckett, Benjamin (Legal); Vizcarrondo, Peter (Legal); Bussell, Allison (Legal) |
| **Subject:** | Rangewater - flags are all now lifted |

**External Source/Sender notice**
Use caution responding or clicking links/attachments.

Report Suspicious

Kate,
We are writing to alert you to the fact that all of the flags have been lifted from the properties that had been identified as being within the potential corridor for the spine road in the East Bank Development area. So, you may emphasize to your clients that they are free to submit whatever development application(s) they wish to submit. Any such application(s) will be reviewed by the relevant Metro agencies and personnel in the ordinary course of business. I hope this email finds you well.
Brook

J. Brooks Fox
Attorney for the Metropolitan Government
P. O. Box 196300
Nashville, TN 37219
615-862-6375

This electronic message transmission contains information from the Department of Law of the Metropolitan Government of Nashville and Davidson County, Tennessee, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information may be prohibited.