IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AB PR QOZB IV PROPERTY, LLC,    )
    )
    Plaintiff,    )
    )    NO. 3:24-cv-00280
v.    )
    )    JUDGE RICHARDSON
METROPOLITAN GOVERNMENT OF    )
NASHVILLE AND DAVIDSON    )
COUNTY, TENNESSEE,    )
    )
    Defendant.

## <u>ORDER</u>

On August 6, 2026, Plaintiff, AB PR QOZB IV Property LLC, filed a notice (Doc. No. 67, "Notice") informing the Court that "the Metropolitan Government of Nashville and Davidson County, Tennessee ('Metro') provided written notice (through counsel) that it has lifted the permit restriction (also referred to by the parties as the 'permit hold,' 'permit lock,' or 'permit flag') from Plaintiff's real property." (*Id.* at 1). Notably, the removal of the "permit restriction" appears to be a material factual change in the case.

Currently pending before the Court is a motion to dismiss (Doc. No. 29, "Motion to Dismiss") filed by Defendant and a motion for summary judgment (Doc. No. 50, "Motion for Summary Judgment") filed by Defendant. The Court believes that Defendant may believe that the aforementioned factual change alters the grounds for (and proper analysis of) the pending Motion to Dismiss and Motion for Summary Judgment (collectively, the "Motions"). In light of that belief, the Court is of the view that it can deal with each of the Motions in one of two ways: either (1) by considering it as is, or (2) by denying it as moot and affording Defendant leave to file a new motion within thirty (30) days that accounts for the above-referenced factual change but otherwise is

substantively identical to the original version of that motion. Although the Court is inclined to utilize the latter approach, the Court will defer to Defendant, allowing Defendant to select which of the two options it deems appropriate with respect to each of the Motions. Therefore, within seven (7) days of this order, Defendant is **DIRECTED** to file a notice indicating its choice with respect to each of the Motions. At this time, the Court does not require a response from Plaintiff.

IT IS SO ORDERED.

_Eli Richardson_

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE